**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 21, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00337-CR

## IN RE THE HARRIS CENTER FOR MENTAL HEALTH AND IDD, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1601682**

## MEMORANDUM OPINION

On May 9, 2022, relator The Harris Center for Mental Health and IDD filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Mark Kent Ellis, presiding judge of the 183rd District Court of Harris County, to withdraw its April 26, 2022, oral order denying relator's motion to

quash the State of Texas's subpoena for an incident report concerning defendant Joseph Brice.

On June 8, 2022, relator sent notice to the Court requesting that its petition for writ of mandamus be dismissed as moot. In its notice, relator advised that on June 7, 2022, the State of Texas and defendant Brice entered into a plea agreement and the trial court rendered judgment based on that plea. Because there is a final judgment, relator maintains it is no longer required to comply with the trial court's order to produce the document. As such, relator's request for relief in this original proceeding has been rendered moot. Accordingly, relator's request that this Court dismiss its petition is granted.

We dismiss relator's petition for writ of mandamus as moot.


PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).